UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KURT KUDSEN, et al., | ) | 3:09-CV-0385-RCJ (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 30, 2010 |
| QUEENSTAKE RESOURCES U.S.A., INC., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiffs' motion to strike defendants' request for a status conference (#40) is **DENIED**. However, the Clerk is directed to place the request for status conference *under seal* (#39). Plaintiffs' shall have to and including **Tuesday, October 12, 2010** to file a response to the request for a status conference.

   **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                              By:              /s/
                                                                  Deputy Clerk